In re Petition for DISCIPLINARY AC-
TION AGAINST Todd Richard PAUL-
SON, a Minnesota Attorney, Registra-
tion No. 181341.

No. A05–2413.

Supreme Court of Minnesota.

Dec. 30, 2005.

### ORDER

The Director of the Office of Lawyers
Professional Responsibility has filed a peti-
tion for disciplinary action alleging that
respondent Todd Richard Paulson commit-
ted professional misconduct warranting
public discipline, namely, failing to pay
over client funds, making false statements
of fact in the course of representing a
client, and engaging in conduct involving
dishonesty and fraud, in violation of Rules
1.15(c), 4.1, and 8.4(c), Minnesota Rules of
Professional Conduct (MRPC).

Respondent has admitted his conduct
violated the Rules of Professional Conduct,
and has entered into a stipulation with the
Director in which they jointly recommend
that the appropriate discipline is disbar-
ment and payment of $900 in costs pursu-
ant to Rule 24, RLPR.

This court has independently reviewed
the file and approves the jointly recom-
mended disposition.

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that re-
spondent Todd Richard Paulson is dis-
barred effective as of the date of this
order. Respondent is further ordered to
pay $900 in costs as stipulated and agreed
to.

BY THE COURT:

/s/Russell A. Anderson
Associate Justice